Arnold B. Calmann
Dennis E. Kadian
**SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC**
One Gateway Center, 13th Floor
Newark, New Jersey  07102
(973) 622-3333

Of Counsel:
Edgar H. Haug
Steven M. Amundson
Sandra Kuzmich
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York  10151
(212) 588-0800
Attorneys for Plaintiff
Shire Laboratories Inc.

| | |
|---|---|
| SHIRE LABORATORIES INC.,<br><br>                              Plaintiff,<br><br>          v.<br><br>NOSTRUM PHARMACEUTICALS, INC.,<br><br>                              Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.: 03-4436 (MLC)<br><br>**ORDER AMENDING THE SCHEDULING ORDER TO ALLOW LIMITED ADDITIONAL EXPERT DISCOVERY** |

**THIS MATTER** having been opened to the Court by the application by plaintiff Shire Laboratories Inc. ("Shire"), by and through its attorneys herein, to amend the Scheduling Order in this matter dated December 17, 2004 as modified on January 4, 2005 and February 16, 2005; and the Court having considered the status of the proceedings; and the Court having considered the letter brief of Shire dated September 1, 2005, and any other papers submitted on behalf of plaintiff Shire; and the Court having considered any papers submitted by defendant Nostrum Pharmaceuticals, Inc. ("Nostrum"); and the Court having considered oral argument, if any; and

the Court having considered the pleadings in this matter; and for other and good cause having been shown:

**IT IS** on this _____ day of _____, 2005, hereby

**ORDERED** that Plaintiff Shire's Motion to Amend the Scheduling Order dated December 17, 2004 as modified on January 4, 2005 and February 16, 2005 to permit the submission of supplemental expert reports and testimony is hereby **GRANTED**; and it is further

**ORDERED** that not later than October 30, 2005, plaintiff's supplemental expert reports shall be served upon defendant herein; and it is further

**ORDERED** that not later than November 30, 2005, defendant's reply to plaintiff's supplemental expert reports shall be served upon plaintiff herein; and it is further

**ORDERED** that expert depositions may commence after the foregoing exchange of the parties respective supplemental expert reports; and it is further

**ORDERED** that in all other respects the Scheduling Order entered in this matter on December 17, 2004 as modified on January 4, 2005 and February 16, 2005 shall remain in effect.

 

_____
**HON. JOHN J. HUGHES**
**UNITED STATES MAGISTRATE JUDGE**